UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIPRIANO ALARCON-GALVEZ,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE; DANIEL A. BRIGHTMAN; TODD M. LYONS; KRISTI NOEM; PAMELA BONDI; and EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>Respondents. | Case No.: 3:26-cv-931-JES-MMP<br><br>**ORDER GRANTING IN PART AND DENYING IN PART AS MOOT PETITION FOR WRIT OF HABEAS CORPUS** |

Before the Court is Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. On February 18, 2026, the Court issued an order granting the petition in part and ordering a bond hearing. ECF No. 3. On March 3, 2026, Respondents filed a Notice of Compliance, notifying the Court that Petitioner received a bond hearing, where he was ordered released on bond. ECF No. 4.

//

//

//

//

//

1

Accordingly, the Court now **DENIES AS MOOT** the remainder of the petition. The Clerk is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

Dated: March 3, 2026

Honorable James E. Simmons Jr.
United States District Judge

3:26-cv-931-JES-MMP